UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Alyssa Brooks v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10603-DRH |
| *Marian Hubbard v. Bayer HealthCare Pharmaceuticals Inc.* | No. 11-cv-13528-DRH |
| *Kimberly Lewis v. Bayer HealthCare Pharmaceuticals Inc.* | No. 11-cv-13535-DRH |
| *Tracy Mercer v. Bayer HealthCare Pharmaceuticals Inc.* | No. 11-cv-13538-DRH |
| *Janet Slaton v. Bayer HealthCare Pharmaceuticals Inc.* | No. 11-cv-13551-DRH |
| *Sharyn Young v. Bayer HealthCare Pharmaceuticals Inc.* | No. 11-cv-13549-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 19, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                    **JUSTINE FLANAGAN,**
                                    **ACTING CLERK OF COURT**

                                    **BY:** /s/*Caitlin Fischer*
                                          **Deputy Clerk**

**Dated:** June 20, 2014

Digitally signed by David R. Herndon
Date: 2014.06.20 17:21:25 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**